June 19, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

AMIR A. CHAMIE, Appellant

NO. 14-14-00226-CV                    V.

MEMORIAL HERMANN HEALTH SYSTEM D/B/A UNIVERSITY PLACE
RETIREMENT HOME AND CROTHALL HEALTHCARE, INC., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 3, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Amir A. Chamie.

We further order this decision certified below for observance.